IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KENNETH HINTON, )
)
        Plaintiff, )
)
v. ) No. 1:09cv1061 (AJT/IDD)
)
EQUIFAX INFORMATION SERVICES, )
LLC and TRANS UNION, LLC, )
)
        Defendants. )
_____)

## **ORDER**

This matter is before the Court on the Report and Recommendation (Doc. No. 30) of the Magistrate Judge recommending barring plaintiff Kenneth Hinton from filing any further complaints in the Eastern District of Virginia without first filing a petition for leave to file accompanied by a certification that the proposed action is (1) not frivolous, (2) filed in good faith, and (3) not previously disposed of by this court in any previous action and that if plaintiff Hinton decides to file another action, he shall file such a petition within fourteen days of appearing before the Clerk of the Court. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Defendants' Motion for Sanctions (Doc. No. 23) be, and the same hereby is, GRANTED; and it is further

ORDERED that Kenneth Hinton be, and the same hereby is, barred from filing any further complaints in the Eastern District of Virginia without first filing a petition for leave to file

accompanied by a certification that the proposed action is (1) not frivolous, (2) filed in good faith, and (3) not previously disposed of by this court in any previous action and that such a petition shall be filed within fourteen days of making intent to file another action known to the Clerk of the Court.

This Order is final.

The Clerk is directed to forward copies of this Order to all counsel of record and to Plaintiff, *pro se*.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June __, 2010